## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:24-CV-24575-PCH

Plaintiff:
**HELEN MARTEEN**

vs.

Defendant:
**DORAL AUTOMOTIVE GROUP LLC**

For:
Daniel Barroukh
Derek Smith Law Group

Received by DLE Process Servers, Inc on the 5th day of December, 2024 at 2:16 pm to be served on **Doral Automotive Group LLC c/o R/A: Rodon Law, PLLC, 201 Alhambra Circle, Suite 504, Coral Gables, FL 33134**.

I, Antonio Samalea, do hereby affirm that on the **6th day of December, 2024** at **9:10 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand For Jury Trial, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **L Perez** as **Asist.Office** for **Doral Automotive Group LLC**, at the address of: **201 Alhambra Circle, Suite 504, Coral Gables, FL 33134**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Antonio Samalea**
ID 3780

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
**(786) 220-9705**

Our Job Serial Number: DLE-2024075704

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a