UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

CASE NO.: 1:24-cv-24575-PCH

HELEN MARTEEN,

    Plaintiff,

v.

DORAL AUTOMOTIVE GROUP LLC,

    Defendant.
_____/

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, DORAL AUTOMOTIVE GROUP LLC ("**DAG**"), pursuant to Southern District of Florida Local Rule 7.1 and Federal Rule of Civil Procedure 6(b)(1)(A), hereby files this *Unopposed* Motion for Extension of Time to Respond to Plaintiff's, HELEN MARTEEN ("**Plaintiff**"), Complaint [ECF No. 1], and states:

    1.    On November 20, 2024, the instant case was filed by Plaintiff against DAG alleging sixteen (16) causes of action based on purported violations of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, the Family Medical Leave Act, 29 U.S.C. § 2612, the Americans with Disabilities Act, as amended, 42 U.S.C. § 12101, the Florida Civil Rights Act of 1992, § 760.10, Florida Statutes ("FCRA"), and the Miami-Dade County Human Rights Ordinance, Miami-Dade County, Fla. Code, Ch. 11A, art. IV, § 11A. *See generally* [ECF No. 1].

    2.    On December 6, 2024, DAG was served with the Complaint. [ECF No. 4]. Thus, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, DAG is required to respond to Plaintiff's Complaint on or before December 27, 2024.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700 - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

Case No.: 1:24-cv-24575-PCH

3. The undersigned, however, just completed a trial last week in *American Life Fund Corp., et al. v. Settlement Benefits Association, Inc., et al*., Case No. 21-cv-81046 (S.D. Fla.), and has a response deadline in a pending federal class action matter, *Kueppers, et al. v. Zumba Fitness, LLC*, Case No. 24-cv-61983 (S.D. Fla.), on December 30, 2024. Given undersigned counsel's recent trial and other pending federal court deadline, additional time is necessary to allow the undersigned to address Plaintiff's 45-page Complaint in this action and, thereafter, prepare and file a response to Plaintiff's Complaint on behalf of DAG.

4. Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, "when an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires." *Id*.

5. Here, DAG respectfully requests a 21-day extension of time, through and including **January 17, 2025**, to file/serve its response(s) to Plaintiff's Complaint.

6. This Motion is made in good faith and not for the purpose of delay, and no prejudice will result to Plaintiff based on the relief requested herein.

7. Moreover, the undersigned conferred with Plaintiff's counsel, who represented that Plaintiff has no objection to the extension requested by DAG herein.

WHEREFORE, Defendant, DORAL AUTOMOTIVE GROUP LLC, respectfully requests this Honorable Court grant this Motion and enter Defendant's proposed Order, submitted herewith as Exhibit 1, providing it through January 17, 2025 to respond to Plaintiff's Complaint.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned hereby certifies that the undersigned has conferred with all parties or non-parties who may be affected by the relief sought in this Motion in a good faith effort to resolve the issues and Plaintiff has no objection to the relief requested

Case No.: 1:24-cv-24575-PCH

herein. On December 6, 2024, undersigned counsel emailed Plaintiff's counsel inquiring as to Plaintiff's position with respect to the relief sought herein and, that same day, by way of email, Plaintiff's counsel represented that Plaintiff has no objection to Defendant's requested relief.

**Dated December 16, 2024**

                        Respectfully submitted,

                        By: */s/ Matthew A. Green, Esq.*
                        MATTHEW A. GREEN, ESQ.
                        Florida Bar No.: 1019717
                        BRYAN A. MAROTO, ESQ.
                        Florida Bar No.: 1058089

                        **COLE, SCOTT & KISSANE, P.A.**
                        *Counsel for Defendant, Doral Automotive Group LLC*
                        110 Tower, 110 S.E. 6th Street, Suite 2700
                        Fort Lauderdale, Florida 33301
                        Telephone: (954) 703-3700
                        Facsimile: (954) 703-3701
                        Email: Matthew.Green@CSKLegal.com
                        Email: Bryan.Maroto@CSKLegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of December 2024, the undersigned electronically filed a true and correct copy of the foregoing document via the CM/ECF filing system, which electronically served a copy of the foregoing document upon counsel of record.

                        */s/ Matthew A. Green, Esq.*
                        MATTHEW A. GREEN, ESQ.
                        Florida Bar No.: 1019717
                        BRYAN A. MAROTO, ESQ.
                        Florida Bar No.: 1058089