**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA (MIAMI)**

**CASE NO.: 1:24-cv-24575-PCH**

HELEN MARTEEN,

    Plaintiff,

v.

DORAL AUTOMOTIVE GROUP LLC,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**THIS CAUSE** is before the Court upon Defendant, Doral Automotive Group, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint ("**Defendant's Motion**"), and the Court, having reviewed the Motion and relevant authorities, and being advised that Plaintiff does not oppose the requested relief, it is **HEREBY ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**. Defendant shall file/serve its response to Plaintiff's Complaint on or before January 17, 2025.

 

_____
**HONORABLE PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

Copies to counsel of record.