UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-24575-PCH

HELEN MARTEEN,

    Plaintiff,

v.

DORAL AUTOMOTIVE GROUP LLC,

    Defendant.

_____/

### ORDER GRANTING DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS CAUSE** is before the Court upon Defendant, Doral Automotive Group, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint **[ECF No. 5]** ("**Defendant's Motion**"), and the Court, having reviewed the Motion and relevant authorities, and being advised that Plaintiff does not oppose the requested relief, it is HEREBY

**ORDERED AND ADJUDGED** that Defendant's Motion **[ECF No. 5]** is **GRANTED**. Defendant shall file/serve its response to Plaintiff's Complaint **on or before January 17, 2025**.

**DONE and ORDERED** at Miami, Florida, this 17th day of December 2024.

_____
**HONORABLE PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

Copies furnished:
All counsel of record