**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HELEN MARTEEN,

    Plaintiff,　　　　　　　　　　　　　　　　CASE NO.: 1:24-cv-24575-PCH

v.　　　　　　　　　　　　　　　　　　　　　　JURY TRIAL DEMANDED

DORAL AUTOMOTIVE GROUP LLC,

    Defendant.
_____/

### DEFENDANT DORAL LINCOLN LLC'S NOTICE OF WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, Doral Automotive Group LLC ("**Defendant**"), pursuant to this Court's Order Regarding Defendant's Affirmative Defenses [ECF No. 10], hereby files this Notice of Withdrawal of the following Affirmative Defenses without prejudice:

Affirmative Defense Nos. 3, 13, 14, 15, 16, 17, 20, 21, 23, 24, 25, 27, 28, 31, 32, 33, 34, and 35.

CASE NO.: 1:24-cv-24575-PCH

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of January 2025, a true and correct copy of the foregoing was filed through the CM/ECF system and all counsel of record was served with a copy of this document.

BY: /s/ Matthew A. Green, Esq.
MATTHEW A. GREEN, ESQ.
Florida Bar No.: 1019717

**COLE, SCOTT & KISSANE, P.A.**
*Counsel for Defendant, Doral Automotive Group LLC*
110 Tower, 110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone: (954) 703-3700
Facsimile: (954) 703-3701
Email: Matthew.Green@CSKLegal.com