UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HELEN MARTEEN,

      Plaintiff,                           CASE NO.: 1:24-cv-24575-PCH/LFL

v.

DORAL AUTOMOTIVE GROUP LLC,

      Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, HELEN MARTEEN ("Plaintiff"), by and through her undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, pursuant to the Court's January 21, 2025, Order [D.E. 9]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. **Helen Marteen,** *Plaintiff*
       **c/o Derek Smith Law Group, PLLC**
       **520 Brickell Key Drive, Suite O-301**
       **Miami, Florida 33131**

    b. **Doral Automotive Group LLC,** *Defendant*
       **c/o Cole, Scott & Kissane, P.A.**
       **110 Tower, 110 SE 6th Street, Suite 2700**
       **Fort Lauderdale, Florida 33301**

    c. **Daniel J. Barroukh, Esq.,** *Counsel for Plaintiff*
       **Derek Smith Law Group, PLLC**
       **520 Brickell Key Drive, Suite O-301**
       **Miami, Florida 33131**

    d. **Derek Smith Law Group, PLLC,** *Counsel for Plaintiff*
       **520 Brickell Key Drive, Suite O-301**
       **Miami, Florida 33131**

    e. **Matthew A. Green, Esq.,** *Counsel for Defendant*
       **c/o Cole, Scott & Kissane, P.A.**
       **110 Tower, 110 SE 6th Street, Suite 2700**
       **Fort Lauderdale, Florida 33301**

    f. **Cole, Scott & Kissane, P.A.,** *Counsel for Defendant*
       **110 Tower, 110 SE 6th Street, Suite 2700**
       **Fort Lauderdale, Florida 33301**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Helen Marteen,** *Plaintiff*

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated:  Miami, Florida  **DEREK SMITH LAW GROUP, PLLC**
January 23, 2025  *Counsel for Plaintiff*

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (786) 688-2335
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on January 23, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

**SERVICE LIST**

**COLE, SCOTT & KISSANE, P.A.**

Matthew A. Green, Esq.
Florida Bar No. 1019717
E-mail: Matthew.Green@CSKLegal.com
COLE, SCOTT & KISSANE, P.A.
110 Tower, 110 SE 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone: (954) 703-3720
Facsimile: (954) 703-3701
service: service@almazanlaw.com

*Counsel for Defendant*