**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-24575-PCH**

HELEN MARTEEN,

     Plaintiff,

v.

DORAL AUTOMOTIVE GROUP LLC,

     Defendant.

_____/

**DEFENDANT DORAL AUTOMOTIVE GROUP LLC'S CERTIFICATE OF**
**INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Doral Automotive Group LLC ("**DAG**"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files its Certificate of Interested Parties and Corporate Disclosure Statement, and discloses as follows:

DAG has no parent corporation, and no publicly held corporation owns more than 10% of its stock.  In addition, DAG discloses the following list of persons, associated persons, firms, partnerships, or corporations that may have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, and other identifiable legal entities related to DAG:

1. Doral Automotive Group LLC, *Defendant*;

2. Matthew A. Green, Esq., *Counsel for Doral Automotive Group LLC*;

3. Cole, Scott & Kissane, P.A., *Counsel for Doral Automotive Group LLC*;

4. The Travelers Companies, Inc.;

5. Helen Marteen, *Plaintiff*;

<div align="right">CASE NO. 1:24-cv-24575-PCH</div>

6. Daniel J. Barroukh, Esq., *Counsel for Plaintiff*;

7. Derek Smith Law Group, PLLC, *Counsel for Plaintiff*.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of January 2025, the undersigned electronically filed a true and correct copy of the foregoing document via the CM/ECF filing system, which electronically served a copy of the foregoing document upon the parties listed on the Service List enclosed herein.

<div style="margin-left: 40%;">

/s/ Matthew A. Green
Matthew A. Green, Esq.
Florida Bar No. 1019717
**COLE, SCOTT & KISSANE, P.A.**
110 Tower, 110 SE 6th Street, Suite 2700
Email: Matthew.Green @csklegal.com
(T): (954) 703-3720
(F): (954) 703-3701
*Counsel for Defendant*

</div>