**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HELEN MARTEEN,

    Plaintiff,                                          CASE NO.: 1:24-cv-24575-PCH/LFL

v.                                                                JURY TRIAL DEMANDED

DORAL AUTOMOTIVE GROUP LLC,

    Defendant.
_____/

**[PROPOSED] ORDER GRANTING DEFENDANT'S *UNOPPOSED* MOTION TO EXTEND DEADLINE TO RAISE DISCOVERY ISSUES WITH THE COURT**

    THIS CAUSE having come before the Court on Defendant's Unopposed Motion to Extend Deadline to Raise Discovery Issues with the Court ("Defendant's Motion"), and the Court having reviewed the briefing, being advised of the agreement of the parties, and otherwise being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant's Motion is **GRANTED**.

2. Defendant shall have up to and including May 5, 2025 to raise a discovery dispute by filing a discovery motion under Rule 37 of the Federal Rules of Civil Procedure or by noticing the dispute for hearing, as set forth by Magistrate Judge Lauren Louis' Discovery Practices and Procedures.

    **DONE AND ORDERED** on this ___ day of April 2025 in Chambers at Fort Lauderdale, Florida.

                                                       _____
                                                       **HONORABLE PAUL C. HUCK**
                                                       **UNITED STATES DISTRICT COURT SENIOR JUDGE**