UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Helen Marteen,                                 **CASE NO: 1-24-CV-24585**

    Plaintiff(s)

v.

Doral Automotive Group LLC,

  Defendants(s)

_____

## NOTICE OF MEDIATION CONFERENCE

PLEASE TAKE NOTICE that the mediation conference will be held on July 7, 2025, starting at 10:00 a.m. ET. via Zoom videoconference, before Mediator Lori Adelson, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this April 22, 2025, I electronically filed the foregoing with the Clerk of Court using CM/EFC, which will automatically transmit an electronic copy to counsel of record.

Respectfully Submitted:

/s/ *Lori Adelson*
By: LORI ADELSON
**APPROVED DISPUTE RESOLUTION**
Florida Bar No.: 0196428
ME No.: 31951 R
Office: 954-302-8966
Email: Lori@approvedADR.com
Secondary Email: CaseManager@ApprovedADR.com
401 East Las Olas Blvd, Suite 1400
Fort Lauderdale, Florida 33301