UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:24-cv-24575-PCH-LFL

HELEN MARTEEN,

    Plaintiff,                                                   CASE NO.: 1:24-cv-24575-PCH-LFL

v.

DORAL AUTOMOTIVE GROUP LLC,

    Defendant.
_____/

## NOTICE OF CANCELLATION OF HEARING [ECF NO. 18]

PLEASE TAKE NOTICE that Defendant, Doral Auto Group LLC ("**DAG**"), hereby cancels the hearing below, as the parties reached a resolution on the outstanding discovery dispute:

    **DATE:**             May 22, 2025

    **TIME:**            9:00 A.M.

    **JUDGE:**          **Magistrate Judge Lauren Fleischer Louis**

    **LOCATION:**      **C. Clyde Atkins United States Courthouse**
                              **301 North Miami Avenue, 11th Floor**
                              **Miami, Florida 33128**

CASE NO: 1:24-cv-24575-PCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May 2025, a true and correct copy of the foregoing has been furnished to all counsel of record.

**COLE, SCOTT & KISSANE, P.A.**
*Counsel for Defendant, Doral Automotive Group LLC*
110 Tower, 110 SE 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone (954) 703-3700
Facsimile (954) 703-3701
E-mail: Matthew.Green@CSKLegal.com
E-mail: Bryan.Maroto@CSKLegal.com

By: /s/ *Matthew A. Green*
MATTHEW A. GREEN, ESQ.
Florida Bar No.: 1019717
BRYAN A. MAROTO, ESQ.
Florida Bar No.: 1058089