**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 1:24-cv-24575-PCH-LFL**

HELEN MARTEEN,

    Plaintiff,

v.

DORAL AUTOMOTIVE GROUP LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

### JOINT MOTION TO AMEND SCHEDULING ORDER AND CONTINUE TRIAL

Plaintiff, Helen Marteen, and Defendant, Doral Automotive Group LLC, (collectively the "**Parties**"), pursuant to Fed. R. Civ. P. 16(b)(4), hereby jointly move to amend this Court's Scheduling Order (extending all pretrial deadlines by 45 days) and to continue trial by 45 days, and state:

1. On November 20, 2024, Plaintiff filed this action against her former employer, Doral Automotive Group LLC, asserting claims for alleged violations of the Age Discrimination in Employment Act, the Family Medical Leave Act, the Americans with Disabilities Act, the Florida Civil Rights Act, and the Miami-Dade County Human Rights Ordinance. [ECF No. 1].

2. On January 21, 2025, this Court entered an Order Setting Civil Jury Trial Date and Pretrial Schedule, Requiring Mediation and Referring Certain Motions to Magistrate Judge

CASE NO: 1:24-cv-24575-PCH-LFL

("**Scheduling Order**"), which sets this case for a two-week trial period commencing on September 8, 2025.  [ECF No. 9].

3. Throughout this action, the Parties have actively pursued discovery and complied with all pre-trial deadlines to date and, previously, did not foresee any need for an extension of pre-trial deadlines or a continuance of the trial date.

4. Of importance to this Motion, Plaintiff's deposition was originally set for May 27, 2025; however, Defendant's counsel unexpectedly had his children on Memorial Day and, thus, it became necessary to postpone Plaintiff's deposition to June 2, 2025.

5. On June 1, 2025, Plaintiff's counsel contacted Defendant's counsel to inform Defendant's counsel that Plaintiff unfortunately suffered a medical emergency that required her to be admitted to medical care.

6. Accordingly, Plaintiff's June 2, 2025 deposition has been indefinitely postponed given this medical issue.

7. Due to the uncertainty of when Plaintiff may be able to sit for deposition, the Parties have agreed to jointly move for a 45-day extension of all pre-trial deadlines and a 45-day continuance of the trial date.

8. Most notably, the Parties have an upcoming dispositive motion deadline and discovery completion deadline of July 15, 2025.  Given the current circumstances, the Parties do not believe it is feasible to comply with these critical pre-trial deadlines despite their continued diligent efforts to litigate this case.

9. The Parties therefore jointly propose a 45-day extension of all pre-trial deadlines and a 45-day continuance of the current trial term.

CASE NO: 1:24-cv-24575-PCH-LFL

10. "District courts have 'unquestionable' authority to control their own dockets." *Smith v. Psychiatric Sol., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (internal citation omitted). "This authority includes 'broad discretion in deciding how best to manage the cases before them.'" *Id*. (internal citation omitted). Once a scheduling order is entered, it "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence." A*shmore v. Sec'y, Dep't of Transp.*, 503 F. App'x 683, 685 (11th Cir. 2013); *see also Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1419 (11th Cir. 1998). 14. The Eleventh Circuit considers the following factors when reviewing a district court's decision on a request for continuance: (1) the moving party's diligence in its efforts to ready its case prior to the date set for the hearing; (2) the likelihood that the need for a continuance would have been remedied had the continuance been granted (in other words, whether the continuance would satisfy the movant's needs); (3) the extent to which granting the continuance would inconvenience the court and the opposing party; and (4) the extent to which the moving party will suffer harm as a result of the district court's denial. *Romero v. Drummond Co., Inc.*, 552 F.3d 1303, 1320 (11th Cir. 2008).

11. The Parties respectfully submit that the facts and circumstances discussed above reflect that: (1) the reasons for the requested continuance stem from Plaintiff's unanticipated medical emergency and despite the Parties' affirmative diligence in investigating and preparing this case for trial; (2) continuance would remedy the Parties' need by affording sufficient time to complete necessary discovery prior to the upcoming dispositive motion deadline; (3) continuance would not inconvenience the Court or the parties, insofar as the parties jointly agree that this procedure would best allow themselves and the Court to reach an efficient resolution involving all appropriate parties; and (4) the parties would suffer harm as a result of a denial of the requested

CASE NO: 1:24-cv-24575-PCH-LFL

continuance insofar as it may lead to fact issues not being able to be fully developed for briefing by the Parties.

12.     This Motion is not intended for purposes of delay, but in order that justice may be done. The Parties submit that this modification of the trial date will not prejudice any party nor cause unreasonable delay.

WHEREFORE, the Parties respectfully request this Court enter the proposed Order (attached hereto as **Exhibit 1**) modifying the pre-trial deadlines and current trial term on such terms as the Court deems just and proper.

Date: June 2, 2025

**DEREK SMITH LAW GROUP, PLLC**

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.*
Florida Bar No. 1049271
520 Brickell Key Drive
Suite O-301
Miami, Florida 33131
danielb@dereksmithlaw.com
Telephone: 786.688.2335
***Lead Counsel for Plaintiff***

**COLE, SCOTT & KISSANE, P.A.**

*/s/ Matthew A. Green*
Matthew A. Green, Esq.*
Florida Bar No. 1019717
110 SE 6th Street, Suit 2700
Fort Lauderdale, FL 33301
matthew.green@csklegal.com
Telephone: 954.854.0906
***Lead Counsel for Defendant***