**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 1:24-cv-24575-PCH-LFL**

HELEN MARTEEN,

    Plaintiff,

v.

DORAL AUTOMOTIVE GROUP LLC, a
Florida Limited Liability Company,

    Defendant.

_____/

## [PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER AND CONTINUE TRIAL

THIS CAUSE having come before the Court on Plaintiff's, Helen Marteen, and Defendant's, Doral Automotive Group LLC, (collectively the "**Parties**"), Joint Motion to Amend Scheduling Order and Continue Trial (the "**Parties' Motion**"); the Court, having reviewed the pertinent briefing and relevant legal authority, having been advised of the agreement of the parties, and otherwise being duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Parties' Motion is hereby **GRANTED** based on good cause shown pursuant to Fed. R. Civ. P. 16(b)(4).

    2.    All upcoming pre-trial deadlines are hereby extended 45 days.

    3.    The Court will issue a separate Order setting the trial period for at least 45 days from September 8, 2025.

    4.    No further extensions should be expected absent extenuating circumstances.

DONE AND ORDERED on this ___ day of June 2025 in Chambers.

                                                                                                    _____
                                                                                                     HONORABLE PATRICK HUNT