UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HELEN MARTEEN,

       Plaintiff,                                CASE NO.: 1:24-cv-24575-PCH

v.

DORAL AUTOMOTIVE GROUP LLC,

       Defendant.
_____/

**JOINT NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION**

Plaintiff, HELEN MARTEEN, and Defendant, DORAL AUTOMOTIVE GROUP LLC, by and through their respective undersigned counsel and pursuant to Paragraph 12 of the Court's January 21, 2025, Order [ECF No. 9], jointly give notice of filing their Proposed Order Scheduling Mediation in connection with the Notice of Mediation Conference filed on May 6, 2025 [ECF No. 17].

Dated this 3rd day of June, 2025.

                                                                   Respectfully submitted,

| **COLE, SCOTT & KISSANE, P.A.** | **DEREK SMITH LAW GROUP, PLLC** |
|---|---|
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| | |
| */s/ Matthew A. Green* | */s/ Daniel J. Barroukh* |
| Matthew A. Green, Esq. | Daniel J. Barroukh, Esq. |
| Florida Bar No. 1019717 | Florida Bar No.: 1049271 |
| E-mail: Matthew.Green@CSKLegal.com | Derek Smith Law Group, PLLC |
| COLE, SCOTT & KISSANE, P.A. | 520 Brickell Key Drive, Suite O-301 |
| 110 Tower, 110 SE 6th Street, Suite 2700 | Miami, FL 33131 |
| Fort Lauderdale, Florida 33301 | Tel: (786) 688-2335 |
| Telephone: (954) 703-3700 | Fax: (305) 503-6741 |
| Facsimile: (954) 703-3701 | Danielb@dereksmithlaw.com |