UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HELEN MARTEEN,

    Plaintiff,                                       CASE NO.: 1:24-cv-24575-PCH

v.

DORAL AUTOMOTIVE GROUP LLC,

    Defendant.

_____/

## [PROPOSED] ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with the mediator Lori Adelson, Esq. on July 7, 2025, at 10:00 a.m. via Zoom videoconference.

ENTERED this _____ day of _____, 2025.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record