UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-24575-PCH

**HELEN MARTEEN**,

    Plaintiff,

v.

**DORAL AUTOMOTIVE GROUP LLC**,

    Defendant.

_____/

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER AND CONTINUING TRIAL

**THIS MATTER** is before the Court on the Parties' Joint Motion to Amend Scheduling Order and Continue Trial **[ECF No. 20]**, (the "Joint Motion"). Having reviewed the Joint Motion, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion **[ECF No. 20]** is **GRANTED** and the trial in this matter is **CONTINUED**. Accordingly, the trial in this action is re-set for the two-week period beginning **Monday, October 20, 2025,** and the Calendar Call will be **Wednesday, October 15, 2025, at 11:30 a.m.**, before the Honorable Paul C. Huck, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida. The timetable for pretrial procedures remains the same as described in the Court's Trial Setting Order **[ECF No. 9]** and should be re-calculated based on the new trial date.  The parties may agree to extend any of the pretrial deadlines except for the deadlines to submit dispositive motions, the joint pretrial stipulation, and the proposed jury instructions. If the parties agree to extend any deadlines, they shall file a stipulation with the Court setting forth the new deadlines.

**DONE AND ORDERED** in Miami, Florida on June 3, 2025.

                                                      HONORABLE PAUL C. HUCK
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record