UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 1:24-cv-24575-PCH**

**HELEN MARTEEN**,

    Plaintiff,

v.

**DORAL AUTOMOTIVE GROUP LLC**,

    Defendant.

_____/

**ORDER SCHEDULING MEDIATION**

    The mediation conference in this matter shall be held with the mediator Lori Adelson, Esq. on July 7, 2025, at 10:00 a.m. via Zoom videoconference.

    **DONE AND ORDERED** in Chambers in Miami, Florida this 4th day of June, 2025.

                                          HONORABLE PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

Copies furnished:

All counsel of record