UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:24-cv-24575-PCH

HELEN MARTEEN,

    Plaintiff,

v.

DORAL AUTOMOTIVE GROUP LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE

Plaintiff, Helen Marteen ("**Plaintiff**"), and Defendant, Doral Automotive Group LLC ("**Defendant**") (Plaintiff and Defendant are collectively the "**Parties**"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of Plaintiff's action and claims against Defendant *with prejudice*. Each party will bear their respective fees and costs, including attorneys' fees and costs, incurred in this action.

DATED this 7th day of July 2025.

| | |
|---|---|
| /s/ Daniel J. Barroukh | /s/Matthew A. Green |
| Daniel J. Barroukh, Esq. | Matthew A. Green, Esq. |
| Florida Bar No.: 1049271 | Florida Bar No.: 1019717 |
| danielb@dereksmithlaw.com | matthew.green@csklegal.com |
| Derek Smith Law Group, PLLC | Cole, Scott & Kissane, P.A. |
| 520 Brickell Key Drive Suite O-301 | 110 S.E. 6th Street, Suite 2700 |
| Miami, Florida 33131-2433 | Fort Lauderdale, Florida 33301 |
| (786) 688-2335 | (954) 703-3700 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

CASE NO: 1:24-cv-24575-PCH

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on July 7, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**COLE, SCOTT & KISSANE, P.A.**

Matthew A. Green, Esq.
Florida Bar No. 1019717
E-mail: Matthew.Green@CSKLegal.com
COLE, SCOTT & KISSANE, P.A.
110 Tower, 110 SE 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone: (954) 703-3720
Facsimile: (954) 703-3701
service: service@almazanlaw.com

*Counsel for Defendant*