UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:24-cv-24575-PCH

HELEN MARTEEN,

    Plaintiff,

v.

DORAL AUTOMOTIVE GROUP LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE

The Court, having received a Joint Stipulation of Dismissal of Entire Case with Prejudice, signed by counsel for Plaintiff, Helen Marteen ("**Plaintiff**"), and Defendant, Doral Automotive Group LLC ("**Defendant**") (Plaintiff and Defendant are collectively the "**Parties**"), and having been advised of the agreement between the Parties, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled cause of Plaintiff is hereby dismissed with prejudice as to Defendant, with the Parties to bear their own attorneys' fees and costs incurred in this case.

2. The resolution reached between Plaintiff and Defendant is in full and final consideration of any and all outstanding claims and damages which Plaintiff may have incurred in the case at hand.

3. Defendant is hereby discharged from any further responsibility with respect to any such claims and attorneys' fees and costs in connection therewith or which may be claimed herein.

CASE NO: 1:24-cv-24575-PCH

4. In light of the foregoing, any and all pending motions in this matter are hereby denied as moot and this matter is hereby closed.

5. Defendant shall go hence without day.

DONE and ORDERED in Chambers in the Southern District of Florida on this _____ day of _____, 2025.

_____
**THE HONORABLE PATRICK HUNT**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record